■ GAYLOR PETROLEUM SALES CORP., Appellant, v. GULF OIL CORPORATION, Respondent.— Judgment unanimously reversed and the order modified to the extent of granting summary judgment but with leave, however, to plaintiff to serve an amended complaint setting forth a cause of action in *quantum meruit*, if so advised and, as so modified, affirmed. (See *Elsfelder* v. *Cournand*, 270 App. Div. 162.) Settle order on notice. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ.

■ BERNARD A. GROSSMAN, Respondent, v. MACEO PINKARD, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Concur — Botein, J. P., Rabin, Valente and McNally, JJ.

■ JAMES MASÉFF, Appellant, v. ALFRED KING et al., Respondents.— Judgment unanimously affirmed, with costs. On this record the jury could have found that the plaintiff suffered no injury and no damage. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ.

■ In the Matter of the Accounting of the Public Administrator of the County of New York, as Temporary Administrator and as Administrator of the Estate of KATHRYN E. HENESEY, Deceased. J. ROBERT LANGDON et al., Appellants; CATHERINE L. BROPHY et al., Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondents payable out of the estate. No opinion. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ. [3 Misc 2d 660.]

■ ELEANORE M. LOEB, Appellant, v. WILLIAM LOEB, Respondent.— Judgment unanimously affirmed. No opinion. Concur — Botein, J. P., Rabin, Valente and McNally, JJ. [3 Misc 2d 622.]

■ In the Matter of H. L. S. NEST, INC., Petitioner, against STATE LIQUOR AUTHORITY OF THE STATE OF NEW YORK, Respondent.— Determination unanimously confirmed, with $50 costs and disbursements to the respondent, and the petition dismissed. No opinion. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ.

■ BAKO REALTY INC., et al., Respondents, v. JAMES S. HAYS et al., Defendants, and BENJAMIN MILLARD et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ.

■ JULIA MIHLHAUSER, Appellant, v. S. SHEARN, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ.

## FIRST DEPARTMENT, OCTOBER, 1956 ■

### (October 24, 1956)

■ In the Matter of STEIN REFRIGERATOR CORP., Petitioner, against SUPREME COURT OF THE STATE OF NEW YORK et al., Respondents.— Application denied and petition dismissed. Concur — Peck, P. J., Botein, Rabin, Cox and Valente, JJ.